# CIVIL CAUSE FOR INITIAL CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  6/4/2020            TIME: 1:00 PM            TIME IN COURT: 15 min.

CASE: **Barrera v. Pepe Rosso 24 Inc. et al**
**2:18-cv-04558-JMA-AYS**

APPEARANCES:    For Plaintiff: Matthew Farnworth

For Defendant: Francesco Tini

FTR:

**FILED**
**CLERK**

6/4/2020 1:10 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial is scheduled for
- ☐ A further telephone status conference is set for   with Judge Azrack and will be conducted through the AT&T conference center.  Parties should call 1-877-873-8017 and enter access code 4785432# at the prompt.
- ☒ Other:  This case is respectfully referred to Mediation.  Plaintiff to revise demand and defendant to provide a counter prior to Mediation.