

SCANNED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 22 2021 ★

LONG ISLAND OFFICE

Massimo Gammella
24 Manorhven blvd port Washington ny 11050

Case number: 2:18-cv-04558-DG-AYS

NEW YORK February 20, 2021

| | |
|---|---|
| Matthew John Farnworth | Danielle E. Mietus |
| Michael J. Borrelli | David M. Zimmerman |
| Alexander Todd Coleman | David R. Contino |
| Michael R. Minkoff | Shani J. Walker |
| Caitilin Duffy | Frank J Tantone |
| Timothy M. Gallagher | |

OF

**Borrelli & Associates P.L.L.C.**
910 Franklin Ave #200
Garden City, NY 11530

Case referred as: Barrera v. Pepe Rosso 24 Inc.

Judge,

I Massimo Gammella, now residing at 24 Manorhaven blvd port washington, NY 11050 would like to communicate that it is my intention to proceed Pro Se in relation to the allegations brought up against me in reference to the above-mentioned case.

The case involves me Massimo Gammella, Pepe Rosso 24 Inc, Rosso Uptown LTD and Michael Tizzano

I Massimo Gammella I am an officer of the Pepe Rosso 24 Inc with my partner Michael tizzano 50/50 owner ship

I was as well an officer of Rossouptown ltd now closed more then two years ago

Rosso Uptown Ltd is a Corporation that does not longer exist.
The case was initially handled by Mr. Franco Tini, of Tini Law PC located at 425 Oak St. Copiague, NY 11726, with Mr. Tini we were able to arrive at a mediation with Mr. Michael A. Levy (mediator), the outcome of that mediation was unsuccessful. The plaintiffs refused a good

offer, despite the fact that our restaurant has been impacted by the pandemic, we were willing to borrow money and make it work but then
With bills started to pile up, and fees due to Mr. Tini, to the point that we couldn't afford him anymore and asked him to withdraw from the case.
Once Mr. Tini withdrew from the case we were dealing directly with Mr. Matthew J. Farnworth, to whom we made another offer, to this day an agreement has not been reached.

Covid has impacted our restaurant like so many others, our financials are still in trouble that's why your honor we communicate that it is our intention not to retain a lawyer to defend the Corporation.and I would be representing my self on this personal matter
 Has I can no longer retain an attorney for myself or the corporation has we lost the one business Rossouptwn with huge financial lost and moved out my house that end up in foreclosure and paying all my financial death to creditor and Family

Sincerely

Massimo Gammella

★FILED★

2021 FEB 22 PM 1:44

CLERK
U.S. DISTRICT COURT
E.D.N.Y.

Clerk of Court

MASSIMO GAMMELLA

CASE #
2-18-cv-04558-DG-AYS