| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

BEFORE: ANNE Y. SHIELDS  
         U.S. MAGISTRATE JUDGE

DATE: 3/22/21  
TIME: 11:30 AM  
FTR: 11:34-11:41

CASE: **CV 18-4558 (DG) (AYS)** Barrera v. Pepe Rosso 24 Inc., et al

TYPE OF CONFERENCE: STATUS

APPEARANCES:    Plaintiff    <u>Michael Borelli</u>

                        Defendant   Massimo Gammella  
                                              Michael Tizzano

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Conference held.

                                                          SO ORDERED

                                                          /s/ Anne Y. Shields  
                                                          ANNE Y. SHIELDS  
                                                          United States Magistrate Judge