# AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
COUNTY OF NASSAU } ss.:

I, PABLO E. MARTINEZ, being duly sworn, depose and state: That I am not a party to this action, am over 18 years of age, and reside in the County of Nassau, State of New York.

That on April 7, 2021, I served Magistrate Judge Anne Y. Shields's Scheduling Order filed via ECF on April 6, 2021, upon:

| Pepe Rosso 24 Inc. d/b/a Pepe Rosso 24 Manorhaven Boulevard Port Washington, New York 11050 | Rosso Uptown, Ltd. d/b/a Rosso Uptown Pizzeria & Restaurant and/or Brick Osteria 52 Main Street Port Washington, New York 11050 |
|---|---|
| Michael Tizzano 44 Sintsink Dr. East, Apt. E Port Washington, New York 11050 Email: michaelcapri@optonline.net | Massimo Gammella 24 Manorhaven Boulevard Port Washington, New York 11050 Email: Massimo@mashomes.com |

the addresses designated by said party(s) or attorney(s) for that purpose in the matter of:

*Manuel Barrera, v. Pepe Rosso 24 Inc., et al.*; <u>Docket No. 2: 18-cv-04558-DG-AYS</u>

[X] by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper, VIA FIRST CLASS MAIL, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[ ] by depositing a true copy of the same, enclosed in a post-paid properly addressed CERTIFIED MAIL/RETURN RECEIPT wrapper, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[ ] by dispatching a copy by overnight delivery via Federal Express OVERNIGHT MAIL to the parties above named at the address so indicated.
[ ] by PERSONALLY delivering a true copy of same to each person above named at the address so indicated. I knew each person mentioned and described in said papers a party therein;
[X] by transmitting a true copy of same to the parties above named by ELECTRONIC MAIL so designated by said parties.

Sworn to before me on April 7, 2021,

_____  _____
NOTARY PUBLIC              PABLO E. MARTINEZ
TIMOTHY M. GALLAGHER
Notary Public, State of New York
No. 02GA6375559
Qualified in Queens County
Commission Expires May 29, 2022