UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MANUEL BARRERA and MELVIN
ALMENDARES, on behalf of themselves,
individually, and on behalf of all others
similarly-situated,

                                        JUDGMENT

                Plaintiffs,              18-cv-4558-DG-AYS

   v.

PEPE ROSSO 24 INC. d/b/a PEPE ROSSO, and
ROSSO UPTOWN, LTD. d/b/a ROSSO UPTOWN
PIZZERIA & RESTAURANT and/or BRICK
OSTERIA, and MICHAEL TIZZANO, an individual,
and MASSIMO GAMMELLA, an individual,

                Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 30, 2021; and Defendants Pepe Rosso 24 Inc. d/b/a Pepe Rosso, and Rosso Uptown, LTD. d/b/a Rosso Uptown Pizzeria & Restaurant and/or Brick Osteria, and Michael Tizzano, an individual, and Massimo Gammella, an individual (together, as "Defendants"), having offered to allow judgment in this action to be taken against them and in favor of plaintiffs Manuel Barrera and Melvin Almendares, in the total amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), inclusive of all damages, attorneys' fees, costs, and disbursements; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs Manuel Barrera and Melvin Almendares and against Defendants in the total amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), inclusive of all damages, attorneys' fees, costs, and disbursements, which judgment will be paid within fourteen calendar days of the Court's entry of judgment pursuant to Plaintiffs acceptance of this offer; and that the check will be made payable to "Borrelli & Associates, P.L.L.C., as attorneys for Plaintiffs Manuel Barrera and

Melvin Almendares" and will be forwarded to Plaintiffs' counsel's office, Borrelli & Associates, P.L.L.C., attention Michael J. Borrelli, Esq., 910 Franklin Avenue, Suite 200, Garden City, New York 11530.

Dated: Brooklyn, New York  
   July 23, 2021

Douglas C. Palmer  
Clerk of Court

By:  <u>/s/Jalitza Poveda</u>  
   Deputy Clerk